UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:  John A. McDonough Jr.                    Case No.  10-10228
                                                 Chapter   13

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

        Deutsche Bank National Trust Company, as Trustee, in trust for the Registered Holders of
Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R11, holder
of the mortgage hereinafter described, (together with its predecessors, successors, affiliates, principals,
and assigns, "Lender") hereby moves this Court for an Order granting relief from the automatic stay
provisions pursuant to 11. U.S.C. §362(d)(1) and granting relief from the stay imposed by Federal Rule
of Bankruptcy Procedure 4001(a)(3).  Lender respectfully requests that it be granted relief so as to
exercise its non-bankruptcy rights and remedies including, without limitation, (1)   initiating a state
court action to quiet title to that property described as 26-28 Arnold Street, Lincoln, RI  02865 (the
"Property"), (2) foreclosing its mortgage thereon or obtaining a deed-in-lieu of foreclosure, (3) seeking
to obtain, if necessary, eviction of the debtor and any occupant from the Property, and (4) any other
relief this Court deems just and proper.

        The basis of the within Motion are set forth in the Memorandum filed herewith which is
incorporated herein by reference.

                                         Deutsche Bank National Trust Company, as Trustee,
                                         in trust for the Registered Holders of Ameriquest
                                         Mortgage Securities Inc., Asset-Backed Pass-Through
                                         Certificates, Series 2004-R11
                                         By its Attorneys,


                                         /s/ Joseph M Dolben
                                         Joseph M Dolben, Esq. (7916)
                                         Nicholas Barrett & Associates
                                         999 South Broadway
                                         East Providence, RI 02914
                                         (401) 654-6162

Dated:   April 7, 2010


Within fourteen (14) days after service as evidenced by the certification and an additional three (3) days pursuant to
Fed. R. Bankr. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other
party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response
to this paper with the Bankruptcy Court Clerk's Office, 380 Westminster Mall, 6th Floor, Providence, RI 02903 (401) 528-
4477.  If no objection or other response is timely filed within the time allowed herein, the paper will be deemed
unopposed and will be granted unless:  (1) the requested relief is forbidden by law; (2) the requested relief is against
public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:  John A. McDonough Jr.                    Case No.  10-10228
                                                 Chapter   13

### CERTIFICATION OF SERVICE

I hereby certify that on April 7, 2010, I electronically filed a Motion for Relief from Stay, Memorandum in Support, and proposed Order with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System.  The following participants have received notice electronically:

Christopher Lefebvre, Esq.            court@lefebvrelaw.com
John Boyajian, Esq.                   john@bhrlaw.com
Gary L. Donahue, Esq.                 ustpregion01.pr.ecf@usdoj.gov

And I hereby certify that I have mailed by United States Postal Service, the document electronically filed with the court to the following non CM/ECF participants:

John A. McDonough Jr.
26 Arnold Street
Lincoln, RI  02865

/s/ Joseph M Dolben